IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gary W. Muffley, | Case No. 3:10 CV 2630 |
| Petitioner, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Basic Grain Products, Inc., | |
| Defendant. | |

Counsel represent that this case has resolved. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal filed within ninety (90) days setting forth specific settlement terms and conditions shall supersede this Order. The Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

January 21, 2011